UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DR. ING. H.C.F. PORSCHE AKTIENGESELLSCHAFT, PORSCHE CARS NORTH AMERICA, INC., <br><br>    Plaintiffs, <br><br>    v. <br><br> TODD DAKARMEN and SARA DAKARMEN, d/b/a LOS ANGELES DISMANTLER a/k/a LOS ANGELES DISMANTLER FOR PORSCHE, and WWW.LAPORSCHE.COM and WWW.911PCAR.COM, domain names, <br><br>    Defendants. | CIVIL ACTION <br><br> NO. 1:11-CV-1274-CAP |

**O R D E R**

Upon review of the information contained in the Joint Preliminary Planning Report and Scheduling Order, the court orders that the time limits for adding parties, amending pleadings, filing motions, completing discovery, and discussing settlement are stated in the completed form [Doc. No. 12] except as herein modified: **Daubert motions with regard to expert testimony shall be filed no later than 30 days after the close of discovery.**

SO ORDERED, this 30th day of December, 2011.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge